UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

JUDY L. WORTHINGTON                                        CASE NUMBER: 11-32247
Debtor                                                                    CHAPTER 13
_____

TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN
_____

COMES NOW, the Trustee, Debra L. Miller, by counsel, and for her Objection to Debtor's Plan states:

1. Debtor is making her payments via money order and is current.

2. Debtor is an above median debtor and her disposable income is set by the Form B22C Means test pursuant to 11 U.S.C. §1325(b)(1)(B). Pursuant to the Means test filed in this case, the Debtor is required to pay $781.20 a month to general unsecured creditors for a minimum of $46,872.00. Debtor's proposed plan provides to pay unsecured creditors 22% of their claims. Trustee objects to confirmation as the disposable income test, as calculated by the Means test form, is not being met.

3. Trustee objects to confirmation as Debtor's plan does not properly provide for the payment of Trustee's fees. Any confirmation order will need to provide to pay Trustee's fees in accordance with statute.

4. Debtor testified at the 341 hearing that she made a preference payment to Discover Bank prior to filing. Trustee has requested, and not yet received, information on this payment so she can bring an adversary proceeding if necessary.

5. Trustee objects to confirmation as Debtor's plan fails to meet the requirements of the disposable income test. Debtor is currently paying off a 401k loan in the amount of $981.00 per month. This loan will be paid off in April 2012 and Debtor's plan does not provide for an appropriate step up in payment at this time.

6. Trustee objects to confirmation as Debtor's plan fails to meet the requirements of the best interests of creditors test. Debtor had approximately $2,726.34 in her bank account on the date of filing. Debtor's plan does not provide a specific like amount to unsecured creditors.

7. To the extent that Debtor claims special circumstances, Trustee objects to confirmation as the disposable income test is not met as the Debtor's mortgage and vehicle payments are included on Schedule J and are being paid through the plan. Trustee calculates that Debtor's disposable income is $2,885.00 rather than $370.00 as provided on Schedule J. Debtor's current monthly payment is $2,540.10.

8. Debtor's plan provides to pay her mortgage through the plan at an interest rate of 5.125%. To date, no proof of claim has been filed. To the extent that the interest rate in the proof of claim and the plan conflict, Trustee will pay the interest rate as specific in the allowed proof of claim.

9. Debtor's plan provides to pay for three different vehicles at interest rates all above 8%. Trustee objects to this proposed treatment as the interest rates provided are higher than *In re Till* and this treatment diverts funds from unsecured creditors and provides an unfair dividend to these secured creditors. Additionally, Trustee

      objects to the retention and payment of these three vehicles.  Debtor does not need all three vehicles for her successful reorganization.

10.    Trustee objects to confirmation as the disposable income test is not met.  Debtor's plan does not provide for the turnover of her yearly tax refunds and her tax refunds are not prorated on Schedule I.

WHEREFORE, as the plan has yet to comply with 11 U.S.C. §1325(a) and (b) for the reasons stated above, the Trustee objects to the confirmation of the plan.

Dated: August 18, 2011                                  Respectfully Submitted,

/s/ Sarah E. Willms
Staff Attorney for
Debra L. Miller, Chapter 13 Trustee
P.O. Box 11550
South Bend, IN 46634-0155
(574) 251-1493

### CERTIFICATE OF SERVICE

I hereby certify that a copy of this Objection was served as follows on August 18, 2011

By U.S. Mail postage prepaid:
Debtor: Judy Worthington, 3454 E. Sundew Drive, Rolling Prairie, IN 46371

By electronic mail via CM/ECF:
Debtor's Attorney: Bradley Adamsky
U.S. Trustee at ustregion10.so.efc@usdoj.gov

                                              /s/ Sarah E. Willms